IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR197 |
| vs. | ORDER |
| COLLIN D. JERABEK, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Collin D. Jerabek (Filing No. 24). Thomas M. Petersen has filed an entry of appearance as retained counsel for Collin D. Jerabek. Therefore, Michael J. Hansen's motion to withdraw (Filing No. 24) will be granted.

Michael J. Hansen shall forthwith provide Thomas M. Petersen any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Collin D. Jerabek's defense.

The clerk shall provide a copy of this order to Thomas M. Petersen.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge